[No. 38739-1-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. REBA V. REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06908-4, Richard A. Jones, J., entered June 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38957-2-I.    Division One.    June 30, 1997.]

JERRY SKAGEN, ET AL., *Petitioners*, v. ROBERT GLAVIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-28732-1, Marsha J. Pechman, J., entered June 11, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 34898-1-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEWIS SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06172-9, John M. Darrah, J., entered June 13, 1994. *Affirmed* by unpublished per curiam opinion.

[Nos. 36043-4-I; 37591-1-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ARTHUR HAMILTON, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT A. HAMILTON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04673-6, James A. Noe, J., entered January 13, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Cox, J.